Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670

Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing_office@speakeasy.net

Attorneys for Plaintiff  MICHELLE C. SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE C. SMITH,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY.<br><br>          Defendant. | Case No.: 1:09-CV-01088-DLB<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

    Based upon the stipulation of the parties, and for cause shown,

    IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include February 26, 2010, in which to file the opening brief.

IT IS SO ORDERED

DATE: January 27, 2010         /s/ Dennis L. Beck_____
                                                    Dennis L. Beck
                                                    United States Magistrate Judge

-1-